AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| PEDRO HERNANDEZ MACIN, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>TOREROS XI, INC., doing business as )<br>Torero's Mexican Restaurant, NARCISCO )<br>BALDOVINOS, MIGUEL GOMEZ, and ARIAS- )<br>BALDOVINOS, GARCIA-CAMACHO #1, INC., )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**5:10-CV-112-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Consent Order entered on 7/22/2011 [D.E. 60], the parties agree and stipulate that all matters between the plaintiff and the defendants have been resolved, and plaintiff's claims against all defendants are DISMISSED with prejudice.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 11, 2011**</u> WITH A COPY TO:

Joel Todd Alexander (via CM/ECF electronic notification)
Robert J. Willis (via CM/ECF electronic notification)
Lori Peoples Jones (via CM/ECF electronic notification)


July 11, 2011                                                      DENNIS P. IAVARONE, Clerk
Date                                                                Eastern District of North Carolina

                                                                                               /s/ Debby Sawyer
                                                                                               (By) Deputy Clerk


Raleigh, North Carolina